**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA 93721
Phone: (559) 442-1041
Fax: (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, VINCENTE ARENAS-GARCIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>VINCENTE ARENAS-GARCIA,<br><br>     Defendant. | Case No.: 1:20-CR-0212 DAD-BAM<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the previously imposed conditions of release be modified accordingly;

Mr. Arenas-Garcia has applied to renew his ITIN (Individual Taxpayer Identification Number) so that he can file his prior year's tax return and has an appointment with the Internal Revenue Service for this coming Wednesday, May 12, 2021, to finalize the process. Please see attached. Because of the current home incarceration, Pretrial Release cannot approve him to go to this appointment. Additionally, if he is granted the ITIN, it is possible he may be able to lawfully work in the United States, such that he can work as a plumber, which he has previously

STIPULATION TO MODIFY CONDITIONS OF RELEASE; STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER THEREON - 1

done for over 10 years.

It is for this reason, coupled with the fact that Mr. Arenas-Garcia has been subject to home incarceration for nearly six months without any violations, that the parties stipulate that the conditions of release be modified by replacing condition 7(m) with home incarceration with curfew.

Accordingly it is stipulated that the condition 7(m) be amended to remove Home Incarceration, and will now be with the following language:

- CURFEW: You must remain inside your residence every day from 8:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

- All prior orders remain in full force and effect.

Based upon Mr. Arenas-Garcia's compliance, Pretrial Services agrees with amending his location monitoring to a curfew.

Dated: May 10, 2021   PHILLIP TALBERT
           ACTING United States Attorney

        By: /s/ Angela Scott
           ANGELA SCOTT
           Assistant United States Attorney,
           Attorney for Plaintiff

Dated: May 10, 2021   HARRY M. DRANDELL
           Law Offices of Harry M. Drandell

        By: /s/ Harry M. Drandell
           HARRY M. DRANDELL
           Attorney for Defendant,
           Vincente Arenas-Garcia

# **O R D E R**

**IT IS SO ORDERED.**

Conditions of defendant's pretrial release is hereby modified such that condition 7(m) be amended to remove Home Incarceration, as follows:

- CURFEW: You must remain inside your residence every day from 8:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

- All prior orders remain in full force and effect.

Dated: **May 14, 2021**       /s/ *Erici P. Grosj*
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MODIFY CONDITIONS OF RELEASE; STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER THEREON - 3