**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA  93721
Phone: (559) 442-1041
Fax: (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, VINCENTE ARENAS-GARCIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VINCENTE ARENAS-GARCIA,<br><br>　　　　Defendant. | Case No.: 1:20-CR-00212-ADA-BAM<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the previously imposed conditions of release be modified accordingly;

　　　　Mr. Arenas-Garcia was recently hired by a plumbing company, Pie Con Inc., that will require him to work "out of town" (i.e., outside Bakersfield) and as such must be available to work as early as 5:00 a.m., and return as late as 7:00 p.m.; however, his current curfew restrictions (7)(m), only allow him to be available from 6:00 a.m. to 8:00 p.m.

　　　　Request is hereby made that his conditions of release be modified to include the following:

　　　　- Condition 7(m) be amended to replace the current curfew of 8:00 p.m. to 6:00 a.m., to a curfew of 9:00 p.m. to 4:00 a.m., or as adjusted by the pretrial services officer for medical, religious

services, employment or court-ordered obligations.

- All previously imposed conditions of release not in conflict with this order shall remain in full force and effect.

- Pretrial Services is agreeable with amending this condition of Mr. Arenas-Garcia's release.

Dated: October 6, 2023          PHILLIP TALBERT
                                United States Attorney


                          By:   /s/ Stephanie Stokman
                                STEPHANIE STOKMAN
                                Assistant United States Attorney,
                                Attorney for Plaintiff


Dated: October 6, 2023          HARRY M. DRANDELL
                                Law Offices of Harry M. Drandell


                          By:   /s/ Harry M. Drandell
                                HARRY M. DRANDELL
                                Attorney for Defendant,
                                Vincente Arenas-Garcia


# **O R D E R**

**IT IS SO ORDERED.**

Conditions of defendant's pretrial release is hereby modified such that condition 7(m) be amended to include the following:

Condition 7(m) be amended to replace the curfew of 8:00 p.m. to 6:00 a.m., to a curfew of 9:00 p.m to 4:00 a.m, or as adjusted by the Pretrial Services officer for medical, religious services, employment or court-ordered obligation.

All previously imposed conditions of release not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **October 10, 2023**         /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE