**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA  93721
Phone: (559) 442-1041
Fax:  (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, VINCENTE ARENAS-GARCIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENTE ARENAS-GARCIA,<br><br>Defendant. | Case No.: 1:20-CR-00212 NODJ<br><br>**DEFENDANT'S AMENDED MOTION TO EXONERATE SURETY AND RETURN PROPERTY; ORDER** |

This Court sentenced Mr. Arenas-Garcia on June 5, 2024, to 24 months probation, and payment of a $100.00 Special Assessment.  He was placed on pretrial release ordered by the duty magistrate on November 18, 2020.  To secure his release, a $7,000.00 cash deposit was made to the clerk of the court, and Mr. Arenas-Garcia surrendered his Mexico passport (Docs 42-47 and 48).

| | | |
|---|---|---|
| 11/19/2020 | 47 | COLLATERAL RECEIVED as to Vincente Arenas-Garcia: Mexico Passport Card No1 E13644922 from Harry M. Drandell (Rivera, O) (Entered: 11/20/2020) |
| 11/20/2020 | 48 | CASH BOND POSTED as to Vincente Arenas-Garcia in amount of $7,000.00, Receipt # CAE100047044.  (Rivera, O) (Entered: 11/20/2020) |

DEFENDANT'S AMENDED MOTION TO EXONERATE SURETY AND RETURN PROPERTY; ORDER - 1

Since no conditions of the bond remain to be satisfied, it is requested that the Court order bail exonerated and order that $7,000.00 be returned to Ms. Christine Arenas and the passport be returned to Mr. Arenas-Garcia.

Dated: June 14, 2024               HARRY M. DRANDELL
                                   Law Offices of Harry M. Drandell


                     By:   /s/ Harry M. Drandell
                           HARRY M. DRANDELL
                           Attorney for Defendant,
                           Vincente Arenas-Garcia


### **O R D E R**

The Court finds that Vincente Arenas-Garcia has complied with the conditions of his bond and that no conditions remain to be satisfied

THEREFORE, IT IS HEREBY ORDERED, that the Clerk of the Court shall exonerate the $7,000.00 cash bond, plus accrued interest (Receipt #CAE100047044 posted by Harry M. Drandell on behalf of Ms. Christine Arenas) be made payable and mailed to Ms. Christine Arenas at 10607 Villa Serena Drive, Bakersfield, CA 93311. In addition, the Clerk of the Court shall return the Mexico passport to Mr. Arenas-Garcia.

IT IS SO ORDERED.

Dated: June 18, 2024

_____
Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

DEFENDANT'S AMENDED MOTION TO EXONERATE SURETY AND RETURN PROPERTY; ORDER - 2