**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA 93721
Phone: (559) 442-1041
Fax: (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, VINCENTE ARENAS-GARCIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENTE ARENAS-GARCIA,<br><br>Defendant. | **Case No.: 1:20-CR-00212-LL-BAM**<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND ORDER** |

On November 12, 2020, Defendant, Vincente Arenas-Garcia was indicted on federal charges. CJA Panel Attorney, Harry M. Drandell was appointed as trial counsel to represent Mr. Arenas-Garcia on November 13, 2020, in his criminal case. Mr. Arenas-Garcia was sentenced pursuant to a plea agreement on June 5, 2024. The time for filing a direct appeal was June 19, 2024. No direct appeal was filed. The trial phase of Mr. Arenas-Garcia's criminal case has, therefore, come to an end. Having completed his representation of Mr. Arenas-Garcia, CJA attorney Harry M. Drandell now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Arenas-Garcia require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: July 15, 2024

HARRY M. DRANDELL
Law Offices of Harry M. Drandell

By: /s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,
VINCENTE ARENAS-GARCIA

**O R D E R**

Having reviewed the notice and found that attorney Harry M. Drandell has completed the services for which he was appointed, the Court hereby grants attorney Harry M. Drandell's request for leave to withdraw as defense counsel in the matter. Should defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist Defendant.

/////

/////

/////

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Julio Jimenez, at the following address and to update the docket to reflect Defendant's pro se status and contact information;

Vincente Arenas-Garcia
10607 Villa Serena Drive
Bakersfield, CA 93311

**IT IS SO ORDERED.**

DATED: July 17, 2024.

CHIEF UNITED STATES DISTRICT JUDGE